■ MODULEX ENTERPRISES, INC., Respondent, v CITY OF NORTH TONAWANDA et al., Appellants. (Appeal No. 2.)—Order unanimously reversed, motion granted and complaint dismissed. Same memorandum as in *Movable Homes v City of North Tonawanda* (56 AD2d 718). (Appeal from order of Niagara Supreme Court—summary judgment, etc.) Present—Marsh, P. J., Moule, Cardamone, Goldman and Witmer, JJ.